```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 22810
   CLEVELAND D GARLAND
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-1829

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 12/05/2007 and was not confirmed.

    The case was dismissed without confirmation 01/03/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  NOTICE ONLY   NOT FILED              .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------    --------------
TOTALS                        .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08         _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```